OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



U̲NITED S̲TATES C̲OURT OF A̲PPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 22, 2024

# NOTICE

　　Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1. See [Order Adopting and Amending Local Appellate Rules](#) or access the Court's website for information.